[No. 25538-3-II.   Division Two.   July 10, 2001.]

HARRISON MEMORIAL HOSPITAL, ET AL., *Appellants*, v. THE
DEPARTMENT OF NATURAL RESOURCES, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 96-2-00955-7, Karen B. Conoley, J., entered
January 7, 2000. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Armstrong, C.J., and Morgan,
J.

[No. 19846-4-III.   Division Three.   July 12, 2001.]

DAVID A. EICHLER, *Appellant*, v. TREE TOP, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 99-2-00512-5, John E. Bridges, J., entered
December 7, 2000. *Affirmed* by unpublished opinion per
Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 24007-6-II.   Division Two.   July 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNEY ISIAH
HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-04003-7, Arthur W. Verharen, J., entered
August 6, 1998. *Affirmed* by unpublished opinion per Mor-
gan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 24240-1-II.   Division Two.   July 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK MICHAEL
SNOW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-1-03226-1, Rudolph J. Tollefson, Frederick
W. Fleming, Nile E. Aubrey, Thomas P. Larkin, Brian M.
Tollefson, and Frederick B. Hayes, JJ., entered December
29, 1998. *Reversed* by unpublished opinion per Seinfeld, J.,
concurred in by Morgan and Houghton, JJ.